Penny L. Koepke
pkoepke@hoalow.biz
MAXWELL & MORGAN, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: (480) 833-1001

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Classes*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Downing, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Lowe's Home Centers, LLC, a North Carolina limited liability company, and First Advantage Corporation, a Delaware corporation,<br><br>Defendants. | Case No. 3:22-cv-08159-SPL<br><br>**NOTICE OF FILING FIRST AMENDED CLASS ACTION COMPLAINT** |

Pursuant to Local Civil Rule 15.1, Plaintiff Justin Downing ("Plaintiff" or "Downing") hereby provides notice of filing his First Amended Class Action Complaint. The proposed First Amended Class Action Complaint, which indicates in what respect it differs from Plaintiff's initial Complaint (dkt. 1) is attached hereto as Exhibit A.

On October 19, 2022, counsel for all parties conferred pursuant to LRCiv 12.1(c) and the Court's preliminary order regarding the defendants forthcoming motions to dismiss. As a result of the conferral, Plaintiff agreed to amend his initial complaint. As such, Plaintiff files his First Amended Complaint with Defendants Lowe's Home Centers, LLC's and First Advantage Corporation's written consent.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: October 27, 2022 | **JUSTIN DOWNING**, individually and on behalf of all others similarly situated, |

By:    */s/ Taylor T. Smith*
       One of Plaintiff's Attorneys

Penny L. Koepke
pkoepke@hoalow.biz
MAXWELL & MORGAN, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: (480) 833-1001

Steven L. Woodrow (admitted *pro hac vice*)
   swoodrow@woodrowpeluso.com
Patrick H. Peluso (admitted *pro hac vice*)
   ppeluso@woodrowpeluso.com
Taylor T. Smith (admitted *pro hac vice*)
   tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the alleged Classes*