Walker F. Crowson (#032021)
SNELL & WILMER L.L.P.
1 E. Washington St., Suite 2700
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
wcrowson@swlaw.com

*Attorney for Defendant Lowe's Companies, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Downing,<br><br>          Plaintiff,<br><br>v.<br><br>Lowe's Companies, Inc., a North Carolina corporation, and First Advantage Corporation, a Delaware corporation,<br><br>          Defendants. | No. 3:22-cv-08159-SPL<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Assigned to Hon. Steven P. Logan |

Defendant Lowe's Companies, Inc. ("Lowe's") hereby gives notice that their counsel, Snell & Wilmer, L.L.P., has changed its address and that all pleadings, motions, and other documents filed in this case be served upon its counsel, Snell & Wilmer, L.L.P., at its new address. All telephone numbers and e-mail addresses remain the same.

    New Address:    Snell & Wilmer, L.L.P.
                                1 East Washington Street, Suite 2700
                                Phoenix, Arizona 85004

DATED this 31st day of October, 2022.

                                                              SNELL & WILMER L.L.P.

                                                     By: *s/Walker F. Crowson*
                                                         Walker F. Crowson
                                                          1 E. Washington St., Suite 2700
                                                          Phoenix, Arizona 85004-2202

                                                          *Attorney for Defendant*
                                                          *Lowe's Companies, Inc.*

4881-7237-6629