# Exhibit A

## eSignature Consent Form

Consent to Use Electronic Signature
By selecting the "Yes" option below, I hereby consent to the use of my electronic signature to execute the Authorization Form, which will appear on the following screen. I understand that my electronic signature will have the same legal effect, validity and enforceability as if I were to execute by handwritten signature. If I do not wish to have my electronic signature to have a binding effect, I must select "No" option below.

Right to Entering into Agreement in Non-Electronic Form
I understand that I have the right to agree to the Authorization Form on paper and to execute the Authorization Form by handwritten signature. In order to provide it in written form, I can print and upload the form in the Document Upload section upon completing my profile.

Withdrawing My Consent and Updating Information
I understand that I have the right to withdraw my consent to use electronic signature and the right to update my contact information at any time. If I decide at any point to withdraw my consent, I understand that the withdrawal is only prospective and shall not impact the legal effectiveness, validity or enforceability of the Authorization Form prior to the implementation of my request withdrawal. The effectiveness of the withdrawal will be within a reasonable period of time after receipt of the withdrawal. If I withdraw during the period where a screening service is in the process of being fulfilled or ordered, it may impact my application for employment, contract work or other purpose.

If I decide at any point to withdraw my consent, I may call First Advantage at (+1) 800-845-6004, or provide a signed letter via mail to the address below:
First Advantage Background Services Corp.
Consumer Center
P.O. Box 105292
Atlanta, GA 30348
Applicants based in South Asia and Pacific region (including Hong Kong, Singapore, Australia, New Zealand, Philippines and Malaysia) may instead contact the Compliance & Privacy Manager at Privacy.sapac@fadv.com or (+61) 2 9017 4300.

Requesting a Paper Copy of My Electronic Record
Upon request, I may obtain a paper copy of the Authorization Form by clicking 'print' before submitting. Additionally, I may call, mail a request, or email via the contact information shown above.

| | |
|---|---|
| I have read and accept the eSignature terms outlined above. | Yes |
| Date | February 26, 2022 |

## Consent

Lowe's Background Check Acknowledgement

I acknowledge that under certain circumstances, a full background check may be delayed. I understand

my employment may begin without the full background check results being available. If after my start date,

my background check is not approved, I understand and acknowledge that Lowe's will terminate my employment.

| | |
|---|---|
| I have read and accept the terms outlined above. | Yes |
| Date | February 26, 2022 |

## Disclosure

DISCLOSURE REGARDING BACKGROUND REPORT

Lowe's Companies, Inc. and/or its affiliates, including Lowe's Home Centers, LLC, ("Lowe's") may obtain a "background report" about you or your child/ward for employment purposes from a third-party consumer reporting agency. "Background report" means any written, oral, or other communication of any information by a consumer reporting agency bearing on your or your child's/ward's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living. The reports may include information regarding your or your child's/ward's history, criminal history, social security verification, motor vehicle records, verification of your education or employment history, or other background check results.

Lowe's will not request any information related to your or your child's/ward's worthiness, credit standing, or credit capacity without providing you or your child/ward, separately, with information related to the use of that information and obtaining separate authorization from you to obtain such information, where required.

Date                                                                                                                                February 26, 2022

## Disclosure

DISCLOSURE REGARDING INVESTIGATIVE BACKGROUND REPORT

Lowe's Companies, Inc. and/or its affiliates, including Lowe's Home Centers, LLC, ("Lowe's") may obtain for employment purposes an "investigative background report" about you or your child/ward including information as to your character, general reputation, personal characteristics and mode of living. "Investigative background report" means a background report or portion thereof in which information on your or your child's/ward's character, general reputation, personal characteristics, or mode of living is obtained through personal interviews with your or your child's/ward's neighbors, friends, or associates or with others with whom you or your child/ward are acquainted or who may have knowledge concerning your or your child's/ward's character, general reputation, personal characteristics, and/or mode of living.

You or your child/ward have the right, upon written request made within a reasonable time after receipt of this notice, to request a complete and accurate disclosure of the nature and scope of any investigative background report requested about you or your child/ward.

Along with this disclosure, you are being provided with a copy of A Summary of Your Rights under the Fair Credit Reporting Act.

Please be advised that the nature and scope of the most common form of investigative background report obtained with regard to applicants for employment is an investigation into your or your child's/ward's education and/or employment history conducted by First Advantage Consumer Disclosure Center located at P.O. Box 105292, Atlanta, GA, 30348 phone: 1-800-845-6004.

Date                                                                                                                                February 26, 2022

## Disclosure

FOR APPLICANTS TO LOCATIONS IN THE STATE OF WASHINGTON, PLEASE REVIEW THE SECTION "A SUMMARY OF YOUR RIGHTS UNDER THE WASHINGTON FAIR CREDIT REPORTING ACT"

Para informacion en espanol, visite https://www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20006.

A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. For more information, including information about additional rights, go to https://www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

 • You must be told if information in your file has been used against you. Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

 • You have the right to know what is in your file. You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
   • a person has taken adverse action against you because of information in your credit report;
   • you are the victim of identify theft and place a fraud alert in your file;
   • your file contains inaccurate information as a result of fraud;
   • you are on public assistance;
   • you are unemployed but expect to apply for employment within 60 days.
  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See https://www.consumerfinance.gov/learnmore for additional information.

# Exhibit B

Filed on 12/7/2020 8:48:58 AM

**Navajo County Superior Court**
**Deanne M. Romo, Clerk**

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF NAVAJO

| | | | |
|---|---|---|---|
| **JUDGE:** | DALE P. NIELSON | **DIVISION:** | III |
| **CLERK:** | DEANNE M. ROMO | **DATE:** | 11/24/2020 |
| **DEPUTY CLERK:** | SNW | **TIME:** | 9:30 A.M. |
| **COURT REPORTER:** | Kelly Palmer | | |

## MINUTE ENTRY

**THE STATE OF ARIZONA,**

      Plaintiff,

Vs.

**JUSTIN ANDREW DOWNING,**

      Defendant.

Case No. S0900CR20060047
S0900CR20060048
S0900CR20090508

## HEARING ON THE MOTION TO SET ASIDE

This is the date set for a hearing on the Motion to Set Aside. The record shall reflect the presence of the Defendant.

The Court noted for the record several attempts have been made to reach the County Attorney. The Court further noted there was no information from the County Attorney regarding the Defendant's Motion to Set Aside.

The Defendant was sworn, presented testimony and answered questions of the Court.

**IT IS ORDERED** granting the Motion to Set Aside Judgments of Guilt to include the restoration of the Defendant's civil rights and his right to own firearms.

Hearing adjourned at 9:33 A.M.

Copies to: NCAO, Justin Downing, Case Flow Manager, NCSO