Mandi J. Karvis/Bar No. 021858
**WICKER SMITH O'HARA MCCOY & FORD, P.A.**
One N. Central Ave., Suite 860
Phoenix, AZ 85004
Telephone: (602) 648-2240
Fax: (602) 812-4986
E-mail: MKarvis@wickersmith.com

*-and-*

Henry R. Chalmers *(admitted pro hac vice)*
Edward P. Cadagin *(admitted pro hac vice)*
Natalie L. Cascario *(admitted pro hac vice)*
**ARNALL GOLDEN GREGORY LLP**
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-8646
E-mail: henry.chalmers@agg.com
E-mail: edward.cadagin@agg.com
E-mail: natalie.cascario@agg.com

*Attorneys for Defendant First Advantage Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Downing, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Lowe's Home Centers, LLC, a North Carolina limited liability company; and First Advantage Corporation, a Delaware corporation,<br><br>Defendants. | Case No.: 3:22-cv-08159-PCT-SPL<br><br>**DEFENDANT'S NOTICE OF SERVICE** |

Defendant First Advantage Corporation, by and through its undersigned counsel, certifies that it served its initial disclosures on Plaintiff Justin Downing. The disclosures were transmitted to counsel for Plaintiff via electronic mail on July 24, 2023.

4867-2103-1028.v2

Respectfully submitted this 1st day of August, 2023.

*/s/ Henry R. Chalmers*
Henry R. Chalmers
*Admitted Pro Hac Vice*
Edward P. Cadagin
*Admitted Pro Hac Vice*
Natalie L. Cascario
*Admitted Pro Hac Vice*
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
*henry.chalmers@agg.com*
*edward.cadagin@agg.com*
*natalie.cascario@agg.com*
(404) 873-8646

Mandi J. Karvis/Bar No. 021858
Bar No. 021858
WICKER SMITH O'HARA MCCOY & FORD, P.A.
One N. Central Ave., Suite 860
Phoenix, AZ 85004
*mkarvis@wickersmith.com*
(602) 648-2240

*Counsel for Defendant First Advantage Corporation*

- 2 -

4867-2103-1028.v2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the above titled document was served upon counsel of record by filing via the Court's ECF system on August 1, 2023.

>	*/s/ Henry R. Chalmers*
>	Henry R. Chalmers

4867-2103-1028.v2