1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8
9

Justin Downing,

NO. CV-22-08159-PCT-SPL

10

Plaintiff,

11

v.

**AMENDED JUDGMENT OF
DISMISSAL IN A CIVIL CASE**

12

Lowe's Companies Incorporated, et al.,

13

Defendants.

14
15

    **Decision by Court.**  This action came for consideration before the Court.  The

16

issues have been considered and a decision has been rendered.

17

    IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July

18

31, 2023, Plaintiff to take nothing, and the complaint and action are dismissed with

19

prejudice as to all claims against Defendant Lowe's Companies Incorporated.

20

Debra D. Lucas
District Court Executive/Clerk of Court

21
22

August 2, 2023

23

s/ Rebecca Kobza
By   Deputy Clerk

24
25
26
27
28