1  Penny L. Koepke
   pkoepke@hoalaw.biz
2  **MAXWELL & MORGAN, P.C.**
   4854 E. Baseline Road, Suite 104
3  Mesa, Arizona 85206
   Tel: (480) 833-1001
4
   [Additional counsel appearing on signature page]
5
   *Attorneys for Plaintiff and the Classes*
6

7              **UNITED STATES DISTRICT COURT**
8                    **DISTRICT OF ARIZONA**

| Justin Downing, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Lowe's Home Centers, LLC, a North Carolina limited liability company, and First Advantage Corporation, a Delaware corporation,<br><br>*Defendants*. | Case No. 3:22-cv-08159-SPL<br><br>**NOTICE OF APPEAL**<br><br>Complaint filed: September 8, 2022 |
|---|---|

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Plaintiff Justin Downing ("Plaintiff" or "Downing") appeals to the United States Court of Appeals for the Ninth Circuit from the district court's amended Fed. R. Civ. P. 54(b) Judgment entered on August 2, 2023 (dkt. 38), following the district court's June 20, 2023, Order granting Defendant Lowe's Home Centers, LLC's motion to dismiss (dkt. 29).

Dated: August 14, 2023            **JUSTIN DOWNING**, individually and on behalf of all others similarly situated,

By: */s/ Taylor T. Smith*
One of Plaintiff's Attorneys

1

Penny L. Koepke
pkoepke@hoalaw.biz
MAXWELL & MORGAN, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: (480) 833-1001

Steven L. Woodrow (admitted *pro hac vice*)
swoodrow@woodrowpeluso.com
Patrick H. Peluso (admitted *pro hac vice*)
ppeluso@woodrowpeluso.com
Taylor T. Smith (admitted *pro hac vice*)
tsmith@woodrowpeluso.com
WOODROW & PELUSO, LLC
3900 E. Mexico Ave., Suite 300
Denver, CO 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Attorneys for Plaintiff and the Putative Class*

# REPRESENTATION STATEMENT

Plaintiff-Appellant, Justin Downing, individually and on behalf of all others similarly situated, hereby submits the following Representation Statement:

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiff-Appellant Justin Downing, individually and on behalf of all others similarly situated | Steven L. Woodrow*<br>Email: swoodrow@woodrowpeluso.com<br>Patrick H. Peluso*<br>Email: ppeluso@woodrowpeluso.com<br>Taylor T. Smith*<br>Email: tsmith@woodrowpeluso.com<br>WOODROW & PELUSO, LLC<br>3900 East Mexico Avenue, Suite 300<br>Denver, Colorado 80210<br>Telephone: (720) 907-7628<br>Facsimile: (303) 927-0809<br><br>*Pro Hac Vice |
| Defendant-Appellee Lowe's Home Centers, LLC | Walker F. Crowson<br>SNELL & WILMER L.L.P.<br>One East Washington Street, Suite 2700<br>Phoenix, Arizona 85004-2202<br>Telephone: 602.382.6000<br>Facsimile: 602.382.6070<br>wcrowson@swlaw.com<br><br>Jason C. Schwartz (*pro hac vice*)<br>Molly T. Senger (*pro hac vice*)<br>David A. Schnitzer (*pro hac vice*)<br>Matt Gregory (*pro hac vice*)<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue, NW<br>Washington, D.C. 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br>jschwartz@gibsondunn.com<br>msenger@gibsondunn.com<br>dschnitzer@gibsondunn.com<br>mgregory@gibsondunn.com |

# CERTIFICATE OF SERVICE

I am a resident of the State of Colorado, over the age of eighteen years old, and am not a party to this lawsuit. My business address is 3900 E. Mexico Avenue, Suite 300, Denver, Colorado 80210. I HEREBY CERTIFY that on the 14th day of August 2023, I filed the foregoing **NOTICE OF APPEAL** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Walker F. Crowson
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
wcrowson@swlaw.com

Jason C. Schwartz (pro hac vice)
Molly T. Senger (pro hac vice)
David A. Schnitzer (pro hac vice)
Matt Gregory (pro hac vice)
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539
jschwartz@gibsondunn.com
msenger@gibsondunn.com
dschnitzer@gibsondunn.com
mgregory@gibsondunn.com

Attorneys for Defendant Lowe's Home Centers, LLC

I declare that the foregoing is true and correct.

/s/ Taylor T. Smith