# Exhibit B

Filed on 12/7/2020 8:48:58 AM

Navajo County Superior Court
Deanne M. Romo, Clerk

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF NAVAJO

| | | | |
|---|---|---|---|
| **JUDGE:** | DALE P. NIELSON | **DIVISION:** | III |
| **CLERK:** | DEANNE M. ROMO | **DATE:** | 11/24/2020 |
| **DEPUTY CLERK:** | SNW | **TIME:** | 9:30 A.M. |
| **COURT REPORTER:** | Kelly Palmer | | |

**MINUTE ENTRY**

**THE STATE OF ARIZONA,**

　　　　Plaintiff,

Vs.

**JUSTIN ANDREW DOWNING,**

　　　　Defendant.

Case No. S0900CR20060047
S0900CR20060048
S0900CR20090508

**HEARING ON THE MOTION TO SET ASIDE**

　　　　This is the date set for a hearing on the Motion to Set Aside. The record shall reflect the presence of the Defendant.
　　　　The Court noted for the record several attempts have been made to reach the County Attorney. The Court further noted there was no information from the County Attorney regarding the Defendant's Motion to Set Aside.
　　　　The Defendant was sworn, presented testimony and answered questions of the Court.
　　　　**IT IS ORDERED** granting the Motion to Set Aside Judgments of Guilt to include the restoration of the Defendant's civil rights and his right to own firearms.
　　　　Hearing adjourned at 9:33 A.M.

Copies to: NCAO, Justin Downing, Case Flow Manager, NCSO