Penny L. Koepke
pkoepke@hoalaw.biz
MAXWELL & MORGAN, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: (480) 833-1001

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Classes*

Mandi J. Karvis/Bar No. 021858
WICKER SMITH O'HARA MCCOY & FORD, P.A.
One N. Central Ave., Suite 860
Phoenix, AZ 85004
Telephone: (602) 648-2240
*Fax: (602) 812-4986*
E-mail: MKarvis@wickersmith.com
*-and-*
Henry R. Chalmers (*admitted pro hac vice*)
Edward P. Cadagin (*admitted pro hac vice*)
Natalie L. Cascario (*admitted pro hac vice*)
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-8646
E-mail: henry.chalmers@agg.com
           edward.cadagin@agg.com
           natalie.cascario@agg.com

*Attorneys for Defendant First Advantage Background Services Corp.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Justin Downing, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>Lowe's Home Centers, LLC, a North Carolina limited liability company, and First Advantage Background Services Corp., a Florida corporation,<br><br>                    Defendants. | Case No.: 3:22-cv-08159-SPL<br><br>**STIPULATION FOR PROTECTIVE ORDER** |

1

Pursuant to Rule 26(c), Federal Rules of Civil Procedure, Plaintiff Justin Downing ("Plaintiff") and Defendant First Advantage Background Services Corp. ("Defendant") hereby enter into this stipulation to request a protective order regarding the production of Confidential Documents, including consumer reports, trade secrets, privileged communications, or other confidential research, development, or commercial information, contracts with vendors, policies and procedures, handbooks, training materials, information related to processes, financial information, and any other proprietary materials subsequently ordered produced by the Court (the "Protected Documents"). The parties have entered into this stipulation and protective order to expedite the flow of discovery materials, facilitate the prompt resolution of disputes over confidentiality, adequately protect material entitled to be kept confidential, and ensure the protection is afforded only to material so entitled.

While the parties acknowledge the Court's general practice of declining to adopt umbrella protective orders, the instant case warrants a departure from this general practice. Relevant here, this case will involve a significant volume of consumer reports regarding Plaintiff and putative class members. The proposed protective order is entered into to enable the parties to share information protected from disclosure and to safeguard that information on a prospective basis. Nothing in the protective order grants either party the guarantee that documents and information designated as confidential will be filed under seal. Instead, the proposed order requires that confidential information to be filed pursuant to LRCiv. 5.6. As such, the proposed protective order is narrowly tailored to protect sensitive documents in the case and does not modify the Court's rules requiring the parties to carry their burden to demonstrate that documents or information filed in this case should be shielded from public view.

Accordingly, the parties stipulate and request that the Court grant the proposed protective attached as Exhibit A.

Dated: October 9, 2023

**JUSTIN DOWNING**, individually and on behalf of all others similarly situated,

By: */s/ Taylor T. Smith*

Penny L. Koepke
MAXWELL & MORGAN, P.C.
4854 E. Baseline Rd., Suite 104
Mesa, AZ 85206
pkoepke@hoalaw.biz

Steven L. Woodrow (pro hac vice)
swoodrow@woodrowpeluso.com
Patrick H. Peluso (pro hac vice)
ppeluso@woodrowpeluso.com
Taylor T. Smith (pro hac vice)
tsmith@woodrowpeluso.com
WOODROW & PELUSO, LLC
3900 E. Mexico Ave., Suite 300
Denver, CO 80210
Telephone: (720) 213-0675

*Attorneys for Plaintiff and the Putative Class*

| | | |
|---|---|---|
| 1 | Dated: October 9, 2023 | By: */s/ Henry R. Chalmers* |

Henry R. Chalmers
*Pro Hac Vice*
Edward P. Cadagin
*Pro Hac Vice*
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
henry.chalmers@agg.com
edward.cadagin@agg.com
natalie.cascario@agg.com
(404) 873-8646

Mandi J. Karvis/Bar No. 021858
Bar No. 021858
WICKER SMITH O'HARA MCCOY & FORD, P.A.
One N. Central Ave., Suite 860
Phoenix, AZ 85004
mkarvis@wickersmith.com
(602) 648-2240

*Attorneys for Defendant First Advantage Background Services Corp.*

**4**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on October 9, 2023.

/s/ Taylor T. Smith