IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Downing,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>Lowe's Home Centers LLC, et al.,<br><br>　　　　　　Defendants. | No. CV-22-08159-PCT-SPL<br><br>**ORDER** |

On February 22, 2024, the Court was notified via voicemail that the parties have an unresolved discovery dispute. The parties are reminded that they shall not present any discovery dispute without first seeking to resolve the matter through personal consultation and sincere effort as required by LRCiv 7.2(j).  If a dispute remains after complying with LRCiv 7.2(j), the parties may file a Joint Motion for Discovery Dispute Resolution.

**IT IS ORDERED** that the parties shall file a Joint Motion for Discovery Dispute Resolution prior to the Court setting a discovery dispute hearing.  Any Joint Motion shall not exceed five (5) pages in length.

///

///

///

///

///

///

1    **IT IS FURTHER ORDERED** that the parties shall include a statement certifying
2 that counsel could not satisfactorily resolve the matter after personal consultation and
3 sincere efforts to do so in accordance with Local Rule 7.2(j).
4    Dated this 22nd day of February, 2024.

                                                          Honorable Steven P. Logan
                                                          United States District Judge