Penny L. Koepke
pkoepke@hoalaw.biz
**MAXWELL & MORGAN, P.C.**
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: (480) 833-1001

*Attorneys for Plaintiff and the Classes*

Mandi J. Karvis/Bar No. 021858
**WICKER SMITH O'HARA MCCOY & FORD, P.A.**
One N. Central Ave., Suite 860
Phoenix, AZ 85004
Telephone: (602) 648-2240
*Fax: (602) 812-4986*
E-mail: MKarvis@wickersmith.com
*-and-*
Henry R. Chalmers (*admitted pro hac vice*)
Edward P. Cadagin (*admitted pro hac vice*)
Natalie L. Cascario (*admitted pro hac vice*)
**ARNALL GOLDEN GREGORY LLP**
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-8646
E-mail: henry.chalmers@agg.com
         edward.cadagin@agg.com
         natalie.cascario@agg.com

*Attorneys for Defendant
First Advantage Background Services Corp.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Downing, individually and on behalf of all others similarly situated,<br><br>        *Plaintiff*,<br><br>v.<br><br>Lowe's Home Centers, LLC, a North Carolina limited liability company, and First Advantage Background Services Corporation, a Florida corporation,<br><br>        *Defendants*. | Case No. 3:22-cv-08159-SPL<br><br>**JOINT MOTION FOR EXTENSION OF PRE-TRIAL DEADLINES (First Request)** |

1

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.3, Plaintiff Justin Downing ("Plaintiff") and Defendant First Advantage Background Services Corp. ("First Advantage") (collectively, the "Parties"), hereby file this Joint Motion for an Extension of Pre-Trial Deadlines, respectfully requesting that the deadlines set in the Court's August 4, 2023 Scheduling Order [Dkt. 42] be extended by forty-five (45) days.

Good cause for this extension exists as follows:

1. The Parties have not previously requested any extensions. This request is not sought for the purposes of delay and should not cause a delay in any ultimate trial of this matter.

2. The Parties have diligently pursued discovery in this case.

3. As part of this discovery, Plaintiff has sought significant amounts of data from the Arizona Department of Public Safety ("AZDPS") and from First Advantage, beginning in September 2023, in an effort to determine, among other things, the size and composition of a putative class. After the parties reached an agreement for the production of class-related data, First Advantage produced the requested information, pursuant to the Court's Order (dkt. 59), to Plaintiff's expert on March 25, 2024. AZDPS produced its original data production on January 12, 2024. After informal discovery relating to the original production, AZDPS agreed to provide an updated production, which was not received until April 10, 2024. The AZDPS's data set is large and complex, containing over 60,000 rows of data with variable inputs.

4. Plaintiff has retained an expert to analyze the data sets and provide an opinion of the size and composition of a putative class. The delay in AZDPS's updated production

also delayed Plaintiff's expert's analysis. As of the date of this filing, the expert has not yet provided the Parties with his class size and composition opinion, however, Plaintiff expects to receive the results by the end of this week.

5. Several key fact depositions will, by necessity, include detailed questioning regarding the expert's class composition information. Because that information has not yet been provided, the depositions have yet to be conducted, and written discovery based on the information has yet to be served.

6. The current deadline to complete fact depositions is May 11, 2024, and the current discovery deadline is May 24, 2024. Due to the delays regarding the AZDPS data and the expert's class size and composition information, the existing deadlines are problematic for the Parties to be able to adequately conduct discovery and prepare their cases.

7. A forty-five (45) day extension of discovery and pre-trial deadlines should allow the Parties to adequately conduct this necessary discovery and prepare their cases.

8. The Parties therefore respectfully request that the Court extend discovery and pre-trial deadlines in this case by forty-five (45) days, which will result in the following revised deadlines:

|  | **Current Deadline** | **Extended Deadline** |
|---|---|---|
| Complete Fact Depositions | May 17, 2024 | July 1, 2024 |
| Discovery Deadline | May 24, 2024 | July 8, 2024 |
| Meeting in Person and Engage in Good Faith Settlement | May 24, 2024 | July 8, 2024 |
| File Joint Report on Settlement | May 31, 2024 | July 15, 2025 |
| Plaintiff's Expert Disclosures | June 7, 2024 | July 22, 2024 |

3

| Defendant's Expert Disclosures | June 28, 2024 | August 12, 2024 |
| --- | --- | --- |
| Rebuttal Expert Disclosures | July 12, 2024 | August 26, 2024 |
| Last Date on which Expert Depositions may Commence | July 19, 2024 | September 2, 2024 |
| Complete Expert Depositions | July 26, 2024 | September 9, 2024 |
| Motions for Conditional Certification | August 2, 2024 | September 16, 2024 |
| File Dispositive Motions | September 20, 2024 | November 4, 2024 |

9.  For the convenience of the Court, a Proposed Order is attached as Exhibit "A."

Respectfully submitted this 17th day of April, 2024

By: /s/ *Taylor T. Smith*

Penny L. Koepke
MAXWELL & MORGAN, P.C.
4854 E. Baseline Rd., Suite 104
Mesa, AZ 85206
pkoepke@hoalaw.biz

Steven L. Woodrow (*pro hac vice*)
swoodrow@woodrowpeluso.com
Patrick H. Peluso (*pro hac vice*)
ppeluso@woodrowpeluso.com
Taylor T. Smith (*pro hac vice*)
tsmith@woodrowpeluso.com
WOODROW & PELUSO, LLC
3900 E. Mexico Ave., Suite 300
Denver, CO 80210
Telephone: (720) 213-0675

*Attorneys for Plaintiff and the Putative Class*

By: /s/ *Henry R. Chalmers*

Henry R. Chalmers
*Pro Hac Vice*
Edward P. Cadagin
*Pro Hac Vice*
Natalie L. Cascario
*Pro Hac Vice*
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
henry.chalmers@agg.com
edward.cadagin@agg.com
natalie.cascario@agg.com
(404) 873-8646

Mandi J. Karvis/Bar No. 021858
Bar No. 021858
WICKER SMITH O'HARA MCCOY & FORD, P.A.
One N. Central Ave., Suite 860
Phoenix, AZ 85004
mkarvis@wickersmith.com
(602) 648-2240

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2024, a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's CM/ECF system.

/s/ *Henry R. Chalmers*