# EXHIBIT A

Penny L. Koepke
pkoepke@hoalaw.biz
**MAXWELL & MORGAN, P.C.**
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: (480) 833-1001

*Attorneys for Plaintiff and the Classes*

Mandi J. Karvis/Bar No. 021858
**WICKER SMITH O'HARA MCCOY & FORD, P.A.**
One N. Central Ave., Suite 860
Phoenix, AZ 85004
Telephone: (602) 648-2240
*Fax: (602) 812-4986*
E-mail: MKarvis@wickersmith.com
*-and-*
Henry R. Chalmers (*admitted pro hac vice*)
Edward P. Cadagin (*admitted pro hac vice*)
Natalie L. Cascario (*admitted pro hac vice*)
**ARNALL GOLDEN GREGORY LLP**
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-8646
E-mail: henry.chalmers@agg.com
         edward.cadagin@agg.com
         natalie.cascario@agg.com

*Attorneys for Defendant*
*First Advantage Background Services Corp.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Downing, individually and on behalf of all others similarly situated, | Case No. 3:22-cv-08159-SPL |
| *Plaintiff*, | **Proposed ORDER** |
| v. | |
| Lowe's Home Centers, LLC, a North Carolina limited liability company, and First Advantage Background Services Corporation, a Florida corporation, | |
| *Defendants*. | |

Upon consent of Plaintiff Justin Downing and Defendant First Advantage Background Services Corp. and for good cause shown, IT IS HEREBY ORDERED that the following pre-trial deadlines, as set forth in this Court's August 4, 2023 Order, shall be extended forty-five (45) days:

|  | **Current Deadline** | **Extended Deadline** |
|---|---|---|
| Complete Fact Depositions | May 17, 2024 | July 1, 2024 |
| Discovery Deadline | May 24, 2024 | July 8, 2024 |
| Meeting in Person and Engage in Good Faith Settlement | May 24, 2024 | July 8, 2024 |
| File Joint Report on Settlement | May 31, 2024 | July 15, 2025 |
| Plaintiff's Expert Disclosures | June 7, 2024 | July 22, 2024 |
| Defendant's Expert Disclosures | June 28, 2024 | August 12, 2024 |
| Rebuttal Expert Disclosures | July 12, 2024 | August 26, 2024 |
| Schedule to Commence Expert Depositions | July 19, 2024 | September 2, 2024 |
| Complete Expert Depositions | July 26, 2024 | September 9, 2024 |
| Motions for Conditional Certification | August 2, 2024 | September 16, 2024 |
| File Dispositive Motions | September 20, 2024 | November 4, 2024 |

All other dates and deadlines included in the August 4, 2023 Order remain operative.

SO ORDERED this _____ day of _____, 2024.

_____
Honorable Steven P. Logan
United States District Judge

2