1
2
3
4
5
6                        IN THE UNITED STATES DISTRICT COURT

7                          FOR THE DISTRICT OF ARIZONA

8    Justin Downing,                    )      No.  CV-22-08159-PCT-SPL
                                        )
9                                       )
                        Plaintiff,      )
10                                      )      **ORDER**
     vs.                                )
11                                      )
                                        )
12   Lowe's Home Centers LLC, et al.,   )
                                        )
13                      Defendants.     )
                                        )
14   _____)

15          Before the Court is the parties' Joint Motion for Extension (Doc. 64), in which the

16   parties request an extension of case deadlines. Finding good cause appearing, and that the

17   requested extension would not otherwise delay this action, the motion will be granted. The

18   Court reminds the parties however of its strict policy not to extend the dispositive motion

19   deadline beyond the two-year anniversary of the date of commencement of an action. The

20   parties are cautioned that the proposed deadlines, adopted below, exceed that anniversary

21   date. Therefore, the parties should plan their litigation activities in anticipation that no

22   further extensions will be afforded. Accordingly,

23          **IT IS ORDERED** that the Joint Motion to Extend (Doc. 64) is **granted**.

24          **IT IS FURTHER ORDERED** that the deadlines are modified as follows:

25          1.   Fact Discovery shall be completed by **July 8, 2024**;

26          2.   Plaintiff's Expert Disclosure shall be due by **July 22, 2024**;

27          3.   Defendant's Expert Disclosure shall be due by **August 12, 2024**;

28          4.   Rebuttal Expert Disclosure shall be due by **August 26, 2024**;

5.  Expert depositions must be completed by **September 9, 2024**;

6.  Motions for Conditional Certification shall be due by **September 16, 2024**;

7.  Good Faith Settlement talks must be completed by **July 8, 2024**; and

8.  Dispositive Motions shall be due by **November 4, 2024**.

Dated this 1st day of May, 2024.

Honorable Steven P. Logan
United States District Judge