IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Downing,<br><br>    Plaintiff,<br><br>vs.<br><br>Lowe's Home Centers LLC, et al.,<br><br>    Defendants. | No. CV-22-08159-PCT-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 72) is **granted**;

2. That this action is **dismissed with prejudice** in its entirety as to Plaintiff's claims and **without prejudice** as to the claims of any absent class members;

3. That each party shall bear its own costs and attorneys' fees; and

4. That the Clerk of Court shall terminate this action.

Dated this 14th day of August, 2024.

                 */s/ Steven P. Logan*
                Honorable Steven P. Logan
                United States District Judge